JS-6

FILED
CLERK, U.S. DISTRICT COURT

6/4/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDVIK INTELLECTUAL PROPERTY AB, SANDVIK SRP AB, and SANDVIK MINING & CONSTRUCTION USA LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>KIMBALL EQUIPMENT COMPANY and CRUSHER WEAR PARTS,<br>  Defendants. | CASE NO. 5:19-cv-2026 JAK (SPx)<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE (DKT. 29)** |

Plaintiffs Sandvik Intellectual Property AB, Sandvik SRP AB, and Sandvik Mining & Construction USA LLC (collectively, "Plaintiffs") and Defendant Kimball Equipment Company and Crusher Wear Parts ("Defendant") through their attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(2), filed a joint stipulation of dismissal, without prejudice (the "Stipulation"). Having considered the Stipulation, and finding that good cause exists, the Court hereby approves the Stipulation and hereby orders as follows:

(1) this action and Plaintiffs' claims for relief that were asserted against Defendant in this case are hereby dismissed without prejudice; and

(2) each party will bear its own costs, expenses, and attorneys' fees incurred in connection with this case.

IT IS SO ORDERED.

Dated: June 4, 2020  _____
John A. Kronstadt
United States District Judge